UNITED STATES DISTRICT COURT
Northern DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 22 2005
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Jarrett Banyan

　　　　　　　　　　Plaintiff(s)

vs.

Suny upstate University Hospital
Doc. John Halverson, Md.
　　　　　　　　　　Defendant(s)

INMATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Civil Case No.: 6:05cv500 DNH/DEP

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.　　This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.　　Plaintiff: Jarrett Banyan 03A2859

　　　　Address: MidState Correctional Facility
　　　　　　　　　Po Box 2500 Marcy, New York
　　　　　　　　　13403

Additional Plaintiffs may be added on a separate sheet of paper.

3.　a.　Defendant: Suny upstate med. university
　　　　Official Position: _____

　　　　Address: Suny upstate medical university
　　　　　　　　　Hospital, 750 East Adams Street
　　　　　　　　　Syracuse, New York 13210

Form E (2) (a) . 1

b. **Defendant:** John Halverson, MD

**Official Position:** Surgeon

**Address:** Supra

c. **Defendant:** _____

**Official Position:** _____

**Address:** _____

Additional Defendants may be added on a separate sheet of paper.

4. **PLACE OF PRESENT CONFINEMENT**

a. Is there a prisoner grievance procedure at this facility?

(✓) Yes        ( ) No

b. If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?

( ) Yes        (✓) No

If your answer to 4(b) is YES:

(i) What steps did you take?

_____
_____

(ii) What was the **final** result of your grievance?

_____
_____

If your answer to 4(b) is NO:

> Why did you choose to not **present the facts relating to your complaint in the prison's grievance program?**
>
> This complaint is not against N.Y.D.O.C and is therefore non grievable

c. If there is no grievance procedure **in your institution, did you complain to prison authorities about the facts alleged in your complaint?**

( ) Yes        ( ) No

If your answer to 4(c) is YES:

(i) What steps did you take?

_____

_____

(ii) What was the **final** result regarding your complaint?

_____

_____

If your answer to 4(c) is NO:

> Why did you choose to not **complain about the facts relating to your complaint in such prison?**
>
> _____
>
> _____

5. **PREVIOUS LAWSUITS**

   a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

   ( ) Yes        (✓) No

   b. If your answer to 5(a) is YES you **must** describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

For **EACH** su h lawsuit, provide the following information:

    i.     Parties to previous lawsuit:

         Plaintiffs:

         _____

         Defendants:

         _____

    ii.    Court (if federal court, name District; if state court, name County:

         _____

    iii.   Docket number:   _____

    iv.   Name of Judge to whom case was assigned:

         _____

    v.    Disposition (dismissed? on appeal? still pending?)

         _____

    vi.   Approximate date of filing prior lawsuit:

         _____

    vii.  Approximate date of disposition:

         _____

6.                             **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary.)

While residing at Mid-State Corr. Fac., on June 23, 2003 I was referred to Suny Upstate Medical Center for complaint of stomach problems... Dr John Halverson, M.d. received this refferal, after examination his conclusion was "Incisional Hernia." During interview above doctor informed Claimant of his placing a mesh linning in his stomach - covering it entirely - So there wouldn't re-accurance

Form E (2) (a) . 4

Operation was done and completed on/about Sept 11, 2003 Claimant remained in hospital until Sept 19, 2003 No follow up or after care was given. Sometime in 2004 Claimant started experiencing alot of pain and discomfort in his Stomach. After constant complaining and going to fac.,

7. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

Suny upstate medical university Hospital is soley responsible for its medical staff and any, and all medical procedures done on its premesis. To Shoulder responsibility for its doctor and eventual negligent procedure. As well as over looking complaint filed against Dr. Halverson.

**SECOND CAUSE OF ACTION**

Doctor John Halverson be held accountable for his negligent operation; to which scarring, pain and psychological pain exist from his conduct. And not fully doing procedure; to which second and same operation was needed.

**THIRD CAUSE OF ACTION**

8.  Plaintiff(s) demand(s) a trial by

    (Jury) -or- Court

    (Circle only one).

9.  PRAYER FOR RELIEF

    WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

    Claimant request twenty five million dollars against both defendants for medical malpractice. twenty-five million dollars for Physical Scarring Pain, and suffing - past and present. future medical expenses, cosmetic surgery (removal of scarring and mental anguish, stress... Trial by Jury.

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED: April 19, 2005

    _____
    Signature of Plaintiff(s)
    (all Plaintiffs must sign)

## Cont of Facts.

Infirmary. In August 2004 Claimant was seen by Fac, Medical Staff - Dr. Marvin S Rabinowits. Said doctor scheduled Claimant for Cat Scan to investigate Stomach Pains. Said doctor also Scheduled claimant to see another Surgical Specielist at SUNY Upstate medical University hospital.

Claimant was subsequentially seen by one Doctor. Richard J. Wells, who scheduled Claimant for Cat Scan to learn if in Fact Hernia had returned. On/about Sept 28, 2004 Cat Scan was done and Finding(s) given Hernia had returned.. This being Confirmed Dr. Rabinowitz re scheduled me to see Dr. Wells MD. at Walsh Clinic to Sign permission slip for Surgical Procedure removal of hernia. Prior to Surgery Claimant and Dr. Wells, MD Spoke; to wit he stated "If Former Dr. John Halverson, MD had properly performed procedure - covering entire Stomach linning with mesh this up comming operation would not be needed again." Said Doctor also stated he would do this, so no future problem's of this wouldn't re-occur... Fac., Doctor Rabinowitz Stated to Claimant." He in the past have Filed medical complaint(s) against Dr. Halverson, MD. For negligence with medical procedure(s) done on other inmate's." Said Complaints was filed with SunY upstate Medical university Hospital. On/about Nov 15, 2004 Claimant Second operation was done on Claimant. On/about Jan 26, 2005 Claimant received follow up medical review by Fac Doctor. Rabinowitz. To this day Claimant bares intial Scarring vertically along his Stomach, abdominal pain, Psycological Stress, and every two months must see Surgeon to insure no reoccurrence of Injury.

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
COUNTY OF ONEIDA     )   SS.:

I **Jarrett BANYAN**, being duly sworn, deposes and says:

That I am the **Petitioner**, in the within proceeding, and that I am over eighteen (18) years of age; reside at Midstate Correctional Facility, PO Box 2500, Marcy, New York 13403, and in the County of Oneida. That on the **19** day of **April** 19**2005**, I served a true copy of the attached:

**Affidavit of Service and Verification w/ Complaint under Article 1983 and Poor Person Application**

upon the concerned party/parties at the following addresses mentioned below, by placing said copies in a post-paid properly addressed wrapper in a official depository under the care and custody of the United States Postal Service within the State of New York.

DATED: **4/19-2005**

TO: Northern District of New York
100 South Clinton Street, P.O. Box 1798
Syracuse, New York 13261-7198

Signature

Sworn to before me this

**19** day of **April** 19 **2005.**

NOTARY PUBLIC STATE OF NEW YORK

JOSEPH A. JORDAN
Notary Public, State of New York
Reg. # 01JO6102656
Appointed in Oneida County
My Commission Expires December 8, 20**07**.

## VERIFICATION

STATE OF NEW YORK   )
                   ) SS.:
COUNTY OF ONEIDA   )

I, _Jarrett Banyan_, being duly sworn, deposes and says:

I am the petitioner in this within proceeding; I have read the foregoing petition and know the contents thereof; that the same is true to my own knowledge, except as to matters therein stated to be upon information and belief, and as to those matters I believe them to be true.

_Jarrett Banyan_

SWORN TO BEFORE ME THIS

_19_ DAY OF _April_, 20_05_

_[signature]_
NOTARY PUBLIC, N.Y.S.

JOSEPH A. JORDAN
Notary Public, State of New York
Reg. # 01JO6102656
Appointed in Oneida County
My Commission Expires December 8, 20_07_

5 of 6 PA